U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAR 13 2014

LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:14-CR-100 (LEK) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| GAURAV MEHTA, A/k/a "RICKY," | ) | Violations: 8 U.S.C. § 1325(c); 18 U.S.C. § 1546(a); 18 U.S.C. § 2 |
| MARY OPOKA, ISHA MEHTA, A/k/a ISHA KAMBOJ, A/k/a ISHA JOHNSON, | ) | [Marriage Fraud, Immigration Fraud] |
| | ) | |
| | ) | 5 Counts |
| Defendants. | ) | County of Offense: Rensselaer |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Marriage Fraud]

On or about October 25, 2011, in Rensselaer County in the Northern District of New York, the defendants, **GAURAV MEHTA, A/k/a, "RICKY,"** a citizen of India, and **MARY OPOKA,** a United States citizen, did knowingly enter into a marriage for the purpose of evading a provision of the immigration law, in that on or about October 25, 2011, the defendants **GAURAV MEHTA, A/k/a, "RICKY,"** a citizen of India, and **MARY OPOKA**, entered into a fraudulent marriage in in Troy, New York for the purpose of obtaining lawful permanent resident status for defendant, **GAURAV MEHTA, A/k/a, "RICKY,"** an alien illegally present in the United States, in violation of Title 8, United States Code, Section 1325(c).

## COUNT 2
### [Immigration Fraud]

Between on or about December 12, 2012 and on or about the date of this indictment, in Rensselaer and Albany Counties in the Northern District of New York, the defendant, **GAURAV MEHTA, A/k/a, "RICKY,"** knowingly obtained, possessed, accepted, and received an alien registration receipt card knowing it to have been procured by means of a false claim and statement and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a) and Section 2.

## COUNT 3
### [Immigration Fraud]

Between on or about October 9, 2012 and on or about the date of this indictment, in Rensselaer and Albany Counties in the Northern District of New York, the defendant, **GAURAV MEHTA, A/k/a, "RICKY,"** knowingly obtained, possessed, accepted, and received a document prescribed by statute and regulation as evidence of authorized employment knowing it to have been procured by a false claim and statement and unlawfully obtained, that is an employment authorization document issued by the United States Citizenship and Immigration Services based on the false statements and representations of **GAURAV MEHTA, A/k/a, "RICKY"** that he was married to Mary Opoka, a United States citizen when, as he then well knew, such marriage was fraudulent, in violation of Title 18, United States Code, Section 1546(a) and Section 2.

## COUNT 4
### [Marriage Fraud]

On or about January 23, 2013, in Rensselaer County in the Northern District of New York, the defendant, **ISHA MEHTA, A/k/a ISHA KAMBOJ, A/k/a ISHA JOHNSON,** did knowingly enter into a marriage for the purpose of evading a provision of the immigration law, in that on or about January 23, 2013, the defendant **ISHA MEHTA, A/k/a ISHA KAMBOJ, A/k/a ISHA JOHNSON** entered into a fraudulent marriage with B.J., a United States citizen, in Troy, New York for the purpose of obtaining lawful permanent resident status for defendant **ISHA MEHTA, A/k/a ISHA KAMBOJ, A/k/a ISHA JOHNSON,** an alien illegally present in the United States, in violation of Title 8, United States Code, Section 1325(c).

## COUNT 5
### [Immigration Fraud]

Between on or about July 2, 2013 and on or about the date of this indictment, in Albany County in the Northern District of New York, the defendant, **ISHA MEHTA, A/k/a ISHA KAMBOJ, A/k/a ISHA JOHNSON,** knowingly obtained, possessed, accepted, and received a document prescribed by statute and regulation as evidence of authorized employment knowing it to have been procured by a false claim and statement and unlawfully obtained, that is an employment authorization document issued by the United States Citizenship and Immigration Services based on the false statements and representations of **ISHA MEHTA, A/k/a ISHA KAMBOJ, A/k/a ISHA JOHNSON,** that she was married to B.J., a United States citizen when, as she then well knew, such marriage was fraudulent, in violation of Title 18, United States Code, Section 1546(a) and Section 2.

Dated:    March 13, 2014

A TRUE BILL,

_____
Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By:    _____
EDWARD P. GROGAN
Assistant United States Attorney
Bar Roll No. 506388